## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

LINA TRIVEDI,

     Plaintiff,

                                       **JUDGMENT IN A CIVIL CASE**

v.

                                          10-cv-420-wmc

HEARTLAND CREDIT UNION,

     Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Heartland Credit Union granting its motion for summary judgment and dismissing this case.

*Peter Oppeneer*                   1/6/12

Peter Oppeneer, Clerk of Court            Date