IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINA TRIVEDI,

    Plaintiff,

v.

HEARTLAND CREDIT UNION,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-420-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Heartland Credit Union granting its motion for summary judgment and dismissing this case.

_____    1/6/12
Peter Oppeneer, Clerk of Court            Date